# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

                          Plaintiff,

v.

RD LEGAL CAPITAL, LLC,

                          Defendant.

---

**[PROPOSED] FINAL JUDGMENT**
**ENFORCING COMPLIANCE WITH ORDER**
**ISSUED BY US SECURITIES AND EXCHANGE COMMISSION**

Plaintiff Securities and Exchange Commission ("Commission") having applied to this Court for a judgment pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), enforcing compliance by defendant RD Legal Capital, LLC ("RD Legal") with a Commission order entered against it on October 15, 2018 (the "Commission Order") directing RD Legal to pay a civil penalty of $575,000, and it appearing that such application should be granted,

    **IT IS HEREBY ORDERED, THAT:**

    1.    The Commission's application is GRANTED.

    2.    The Commission Order is hereby enforced, pursuant to Section 20(c) of the Securities Act, and RD Legal shall:

        a.  Cease and desist from committing or causing any violations or future violations of Sections 17(a)(2) and (3) of the Securities Act; and

        b.  Pay a civil penalty in the amount of $575,000, together with additional post-order interest pursuant to 31 U.S.C. § 3717.

    3.    Within 14 days of the entry of this Final Judgment, RD Legal shall pay the above amounts to the Commission. Payment may be made electronically to the Commission, which

will provide detailed ACH transfer/Fedwire instructions upon request made to Disgorgement-Penalty@sec.gov and/or (202) 551-7940.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at https://www.sec.gov/paymentoptions. RD Legal may also pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Judgment. The funds may be hand-delivered or mailed to:

>	Enterprise Services Center
>	Accounts Receivable Branch
>	HQ Bldg., Room 181, AMZ-341
>	6500 South MacArthur Boulevard
>	Oklahoma City, OK 73169

Payments must be accompanied by a cover letter identifying RD Legal as the defendant in this action, and the name of this Court and the docket number of this action.  A copy of the cover letter and payment confirmation must be sent to Elizabeth Goody, Securities and Exchange Commission, New York Regional Office, 200 Vesey Street, Suite 400, New York, NY 10281.

   4. By making such payment RD Legal relinquishes all legal and equitable right, title and interest in such funds, and no portion of such funds shall be returned to RD Legal.  The Commission shall send funds received to the United States Treasury.

   5. RD Legal shall pay to the Commission postjudgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

   6. If RD Legal does not pay the above amounts the Commission may enforce this Judgment through the remedies available by law to collect the unpaid balance.   Such remedies include:

     a. All collection procedures authorized by the Federal Debt Collection Procedure

Act, 28 U.S.C. §§ 3001 -3308 (including the 10% surcharge authorized by 28 U.S.C. § 3015); and

    b.  All offset rights pursuant to the Treasury Offset Program.

7.  To preserve the deterrent effect of the civil penalty, amounts ordered to be paid as civil penalties pursuant to this Judgment shall be treated as penalties paid to the government for all purposes, including all tax purposes.

8.  The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated: _____, 2019
       New York, New York

_____
**UNITED STATES DISTRICT JUDGE**